# United States Court of Appeals for the Federal Circuit

---

June 16, 2017

**ERRATA**

---

Appeal No. 2016-1984

**EMERACHEM HOLDINGS, LLC,**
*Appellant*

**v.**

**VOLKSWAGEN GROUP OF AMERICA, INC.,**
*Appellee*

**JOSEPH MATAL, PERFORMING THE FUNCTIONS & DUTIES OF THE UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR, U.S. PATENT & TRADEMARK OFFICE,**
*Intervenor*

Decided:  June 15, 2017
Precedential Opinion

---

Please make the following change:

On page 1, change "Ludeka Neely Group, PC" to "Luedeka Neely Group, PC."